IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01513-WYD-KMT

SCOTT SHAW,

    Plaintiff,

v.

PUDA COMPANIES, INC., a defacto Colorado Corporation, d/b/a COLORADO ATV TOURS,
POLARIS INDUSTRIES, INC., a Minnesota Corporation, and
JOHN DOE CORPORATION, an unknown Colorado business entity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendant Polaris Industries, Inc.'s "Unopposed Motion to Attend Final Pretrial Conference by Telephone" (#81, filed August 27, 2008) is GRANTED. Counsel may appear via telephone for the Final Pretrial Conference and shall call **(303) 335-2780** on September 2, 2008 at 9:15 a.m.

Dated: August 29, 2008