IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01513-WYD-KMT

SCOTT SHAW,

    Plaintiff,

v.

PLAY DIRTY COLORADO ATV TOURS, L.L.C., a Colorado limited liability company;
POLARIS INDUSTRIES, INC., a Minnesota corporation; and
JOHN DOE CORPORATION, an unknown Colorado business entity,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss with Prejudice (filed April 1, 2009). The motion seeks a dismissal of the case with prejudice pursuant to FED. R. CIV. P. 41. After a careful review of the motion and the file, I conclude that the motion should be granted and the case dismissed. Accordingly, it is

ORDERED that the Joint Motion to Dismiss with Prejudice (Doc. # 104) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each side to bear their own costs and attorneys' fees.

Dated: April 1, 2009

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge